UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MALIK JEFFERSON,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>C. UMANA,<br><br>　　　　　　Defendants. | Case No. CV 22-04225 DMG (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint [Doc. # 31], Plaintiff's Motion for Summary Judgment [Doc. # 43], Defendant's Opposition to Plaintiff's Motion for Summary Judgment [Doc. # 46], Defendant's Motion for Summary Judgment, [Doc. # 50], and the Report and Recommendation of United States Magistrate Judge, [Doc. # 74]. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　Accordingly, IT IS HEREBY ORDERED:

　　　1.　　The Report and Recommendation of United States Magistrate Judge [Doc.

# 74] is accepted;

2. Plaintiff's Motion for Summary Judgment [Doc. # 43] is DENIED; and

3. Defendant's Motion for Summary Judgment [Doc. # 50] is DENIED.

DATED: March 21, 2025

_____
DOLLY M. GEE
Chief United States District Judge