IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

**OMAR MALIK JEFFERSON,**

Plaintiff,

v.

**C. UMANA,**

Defendant.

Case No. CV 22-4225-DMG (ADSx)

**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [102]**

Pursuant to the parties' stipulation, the Court **DISMISSES** the above-captioned action in its entirety with prejudice. Each party will bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

DATED:  January 26, 2026

_____
DOLLY M. GEE
Chief United States District Judge

1